UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

NAME OF PRESIDING JUDGE, Judge Bruce W. Black

| | | | |
|---|---|---|---|
| Case No. | 08 B 19517 | Date | January 16, 2009 |

**Title of Cause**   Jack T. Mann, Debtor

**Brief Statement of Motion**   Motion of Jack T. Mann For Discharge

**Names and Addresses of moving counsel**
Robbins, Salomon & Patt, Ltd.
25 East Washington Street
Chicago, IL 60602

**Representing**   Jack T. Mann, Debtor

**Names and Addresses of other counsel entitled to notice and names of parties they represent.**
Michael G. Berland, Trustee,
1 N. LaSalle Street #1775
Chicago, IL 60602

Peter Muldoon, Esq.
340 Houston Street #C
Batavia, IL 60510

William T. Neary
Office of the U. S. Trustee
219 S. Dearborn Street #873
Chicago, IL 60604

ORDER

The motion is GRANTED, the clerk's office is directed to send out the Order of Discharge in this case.

Bruce W. Black
Judge

DISCHARGE OF DEBTOR
12/18/08